UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>    Plaintiff<br><br>v.<br><br>TRIUMVIRATE ENVIRONMENTAL, INC.,<br>    Defendant | Docket No. 2011-CV-11397 |

## STIPULATION OF DISMISSAL

Pursuant to Fed.. R. Civ. P. 41(a)(1)(A)(ii) the parties to the above captioned action hereby stipulate that said action be dismissed with prejudice, without costs and with all rights of appeal waived.

Plaintiff,
National Railroad Passenger
Corp.,
By its Attorney,

/s/ John J. Bonistalli
John J. Bonistalli, Esq.
160 Federal St.
Boston, MA 02110
(617) 737-1771

Defendant,
Triumvirate Environmental, Inc.,
By Its Attorney,

/s/ Michael P. Johnson
Michael P. Johnson, Esquire
Boyle, Shaughnessy & Campo, P. C.
695 Atlantic Avenue
Boston, MA 02111
(617)-451-2000

DATED: 4/12/13

## CERTIFICATE OF SERVICE

I, Michael P. Johnson, attorney for the defendant, Triumvirate Environmental, Inc., hereby certify that a true copy of the foregoing document was filed electronically on the Court's Electronic Filing System this 12th day of April, 2013.

/s/ Michael P. Johnson